# MINUTES

FILED IN THE<br>
UNITED STATES DISTRICT COURT<br>
DISTRICT OF HAWAII<br>
<br>
3/2/01  4:30 pm<br>
<br>
WALTER A.Y.H. CHINN, CLERK

CASE NUMBER:      CR 00-00183DAE-BMK

CASE NAME:        USA v. 13 Hipolito LNU aka Poli (Hipolito Vargas Lopez)

ATTYS FOR PLA:    Thomas Muehleck

ATTYS FOR DEFT:   13 Stuart Fujioka

INTERPRETER:      13 Patricia Harpstrite

---

JUDGE:  Barry M. Kurren           REPORTER:  C6 tape

DATE:   3/2/01                    TIME:      11:26 - 11:30

---

COURT ACTION: EP: A & P as to 13 Hipolito - deft present. Deft sworn to Financial Affidavit. Oral M/Court Appt Atty GRANTED.

Interpreter Patricia Harpstrite previously sworn.

Per Stuart Fujioka, the person appearing before the court is not Hipolito. Thomas Muehleck agrees. This person will be released to an INS agent, as he is an illegal alien.

Submitted by Richlyn Young, Courtroom Deputy